# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1856. EMMETT DREW JORDAN v. THE STATE.

A jury found Emmett Drew Jordan guilty of driving under the influence, making an improper U-turn, and violating the rules of the road, and the trial court entered sentence on January 9, 2026. Jordan filed a notice of appeal on February 13, 2026.[1] We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Jordan's notice of appeal was filed 35 days after entry of the trial court's order, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/14/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*

---

[1] Although the notice of appeal shows a filing date of February 4, 2026, we rely on the clerk's endorsement (that is, the file-stamp date) as the filing date in the absence of evidence to the contrary. See *Lavan v. Philips*, 184 Ga. App. 573, 574 (362 SE2d 138) (1987); *Brinson v. Georgia R. Bank &Trust Co.*, 45 Ga. App. 459, 461 (165 SE 321) (1932) (the best evidence of filing is the trial court clerk's entry).